IN THE COURT OF CRIMINAL APPEALS

OF TEXAS






NO. PD-1096-12






BRETT ROBERT DOWELL, Appellant


V.


THE STATE OF TEXAS







ON DISCRETIONARY REVIEW 

FROM THE FIFTH COURT OF APPEALS

COLLIN COUNTY




 Womack, J. delivered the opinion of the Court in which Keller, P.J., and Price, Johnson,
Keasler, Hervey, Cochran, and Alcala, JJ. joined. Meyers J. did not participate.


 The petition for discretionary review is dismissed as improvidently granted.


Delivered: April 10, 2013.

Do not publish.